**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Alberto Genaro Vail Lopez              :
8315 14th Avenue, Apt 101              :
Hyattsville, MD 20873                  :
                                       :
Tagesse Duko                           :
1952 Rosemary Hills Drive, Apt 2       :
Silver Spring, MD 20910                :    Civil Action No.
                                       :
Idilu Ayana                            :
4714 New Hampshire Ave, Apt 2          :
Washington, DC 20011                   :
                                       :
Fabian Cabrera Lucas                   :
1413 Kanawha Street, Apt 201           :
Hyattsville, MD 20783                  :
                                       :
Elder Anderzon Vail Lopez              :
8312 14th Avenue, Apt 202              :
Hyattsville, MD 20873                  :
                                       :
Juan Carlos Moreno Narvaez             :
1832 Metzerott Road, Apt 108           :
Adelphi, MD 20783                      :
                                       :
Joaquin Portillo Bonilla               :
604 Kennedy Street, NW, Apt 32         :
Washington, DC 20011                   :
                                       :
Nazario Antonio Gomez Lopez            :
715 Kennedy Street, NW, Apt 2          :
Washington, DC 20011                   :
                                       :
Luis Alberto De La Loma Perez          :
4825 Russell Avenue                    :
Hyattsville, MD 20782                  :
                                       :
Lenin Antonio Gongora Martinez         :
209 Webster Street, NW                 :
Washington, DC 20011                   :
                                       :
Plaintiffs,                            :
                                       :
v.                                     :

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3637470_2

|  |  |
|---|---|
| Timeco, Inc. | : |
| d/b/a Bargain Wholesale | : |
| 400 Morse Street, NE | : |
| Washington, DC 20002 | : |
|     Serve:  Houshang Momenian | : |
|                1265 4th Street, NE | : |
|                Washington, DC 20002 | : |
|     and | : |
| Houshang Momenian | : |
| 1265 4th Street, NE | : |
| Washington, DC 20002 | : |
|     Defendants. | : |

## COMPLAINT

Plaintiff, Alberto Genaro Vail Lopez, Tagesse Duko, Idilu Ayana, Fabian Cabrera Lucas, Elder Anderzon Vail Lopez, Juan Carlos Moreno Narvaez, Joaquin Portillo Bonilla, Nazario Antonio Gomez Lopez, Luis Alberto De La Loma Perez and Lenin Antonio Gongora Martinez ("Plaintiffs"), by and through their attorneys, Mary Craine Lombardo and Stein Sperling Bennett De Jong Driscoll PC, hereby files their Complaint against Timeco, Inc. d/b/a Bargain Wholesale ("Bargain Wholesale") and Houshang Momenian (collectively "Defendants"), under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the D.C. Minimum Wage Revision Act ("DCMWRA") stating as follows:

## INTRODUCTION

Plaintiffs worked for Defendants as butchers, stockpersons, meat packers, and deliverymen. Instead of paying the minimum wage and overtime at a rate of one and a half times the minimum wage as required by DC and federal law, Defendants failed to pay overtime and

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

2

3637470_2

paid Plaintiffs unlawful daily rates. Plaintiffs worked an average of twenty hours of overtime each week for which they were not paid time and a half. Defendants have willfully violated the clear and well-established minimum wage and overtime provisions of the FLSA and the DCMWRA. Plaintiff seeks compensatory and statutory damages for all unpaid overtime compensation, as well as attorneys' fees and costs.

## JURISDICTION & VENUE

1. This Court has subject matter jurisdiction over the causes of action alleged in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiffs are adult residents of Montgomery and Prince George's County, Maryland and Washington, DC.

4. Defendant Bargain Wholesale is a Washington, DC corporation with its principal place of business in Washington, DC.

5. Defendant Momenian is the President of Timeco, Inc. d/b/a Bargain Wholesale.

6. At all times material herein, Defendants, in the aggregate and as a single enterprise, had annual gross volume of sales made or business done in an amount exceeding $500,000.

7. Defendants have at least two or more employees who are engaged in interstate commerce and/or handle, sell, or otherwise work on goods or materials that have been moved or produced for commerce. Defendant also processes credit card transactions for customer payments and purchases equipment and inventory that move in interstate commerce.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3

3637470_2

8. Each Defendants is an "employer" within the meaning of the FLSA and the DCMWRA.

9. Momenian controlled the day to day operations of Bargain Wholesale.

10. Momenian had the power to hire, fire, suspend, and discipline Plaintiffs.

11. Momenian supervised Plaintiffs directly or indirectly.

12. Momenian directly or indirectly set and controlled Plaintiffs' work schedules or had the power to do so.

13. Momenian directly or indirectly set and determined the rate and method of Plaintiffs' pay or had the power to do so.

## FACTS

14. Plaintiffs were employed by Defendants as butchers, stockpersons, meat packers, and deliverymen from periods ranging from one to seven years (the "Employment Period").

15. Plaintiff Alberto Genaro Vail Lopez worked for Defendants from 2/2011 through 3/2014 and is owed approximately $15,537.60 in straight wages and $13,365.00 in overtime wages.

16. Plaintiff Tagesse Duko worked for Defendants from 1/2009 to 4/2014 and is owed approximately $24,932.40 in straight wages and $21,697.50 in overtime wages.

17. Plaintiff Idilu Ayana worked for Defendants from 1/2011 to 3/2014 and is owed approximately $15,642.00 in straight wages and $13,612.50 in overtime wages.

18. Plaintiff Fabian Cabrera Lucas worked for Defendants from 1/2011 to 3/2014 and is owed approximately $16,021.20 in straight wages and $13,942.50 in overtime wages.

19. Plaintiff Elder Anderzon Vail Lopez worked for Defendants from 7/2013 to 3/2014 and is owed approximately $3,697.20 in straight wages and $3,217.50 in overtime wages.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

20. Plaintiff Juan Carlos Moreno Narvaez worked for Defendants from 4/2010 to 3/2014 and is owed approximately $14,599.20 in straight wages and $12,705.00 in overtime wages.

21. Plaintiff Joaquin Portillo Bonilla worked for Defendants from 7/2010 to 3/2014 and is owed approximately $18,580.80 in straight wages and $16,170.00 in overtime wages.

22. Plaintiff Nazario Antonio Gomez Lopez worked for Defendants from 8/2007 to 3/2014 and is owed approximately $32,800.80 in straight wages and $28,545.00 in overtime wages.

23. Plaintiff Luis Alberto De La Loma Perez worked for Defendants from 1/2008 to 12/2011 and is owed approximately $20,829.60 in straight wages and $25,990.60 in overtime wages.

24. Plaintiffs were paid in cash at daily rates of $66.67 per day.

25. Plaintiffs were not paid one and a half times the regular hourly rate for hours worked in excess of forty per week.

26. Plaintiffs were paid less than minimum wage.

27. Plaintiffs are owed overtime wages that Defendants willfully failed and refused to pay to Plaintiffs in violation of District of Columbia and federal law.

28. By statute, Defendants are required to maintain records which document the number of days Plaintiffs worked.

29. The precise number of hours worked, and wages owed, should be revealed through discovery.

30. Defendants knowingly and intentionally violated Plaintiff's rights under District of Columbia and federal law.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3637470_2

## COUNT I
### (Violation of the DCMWRA)

31. Plaintiffs adopt herein by reference paragraphs 1 through 30 above as if fully set forth herein.

32. Throughout the Employment Period, Defendants failed to properly pay Plaintiffs minimum wage and overtime required by the DCMWRA.

33. Unpaid wages are due and owing to Plaintiffs by Defendants.

34. Defendants' failure and refusal to comply with its obligations under the DCMWRA was willful and not in good faith.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendants, jointly and severally, and in favor of Plaintiffs in an amount to be determined at trial, but not less than $623,781.80, reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

## COUNT II
### (FLSA)

35. Plaintiffs adopt herein by reference paragraphs 1 through 30 above as if fully set forth herein.

36. Throughout the Employment Period, Defendants failed to compensate Plaintiffs at the minimum hourly wage and the rate of one and a half times the minimum hourly wage for all hours worked in excess of forty hours per week.

37. Defendants' actions complained of herein constitute a willful violation of Sections 206 and 207 of the FLSA.

38. Defendants' violation makes it liable to Plaintiffs for all unpaid wages and unpaid overtime compensation, and in addition equal amount as liquidated damages.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court enter judgment against Defendants, jointly and severally, and in favor of Plaintiffs in amount to be determined at trial, but not less than $623,781.80, which is two times the total wages and overtime compensation owed, reasonable attorneys' fees and costs, and such other and further relief as the Court deems just and proper.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:      /s/ *Mary Craine Lombardo*
Mary Craine Lombardo (DC Bar 495881)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020
(301) 354-8126 – fax
mlombardo@steinsperling.com

*Attorneys for Plaintiff*

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

7

3637470_2