IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERTO GENARO VAIL LOPEZ, *et al.*, : | |
| : | |
| Plaintiffs, : | Civil Action No. 1:14-cv-01040 (GMH) |
| : | |
| v. : | |
| : | |
| TIMECO, INC. : | |
| D/B/A BARGAIN WHOLESALE, *et al.*, : | |
| : | |
| Defendants. : | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs and Defendants (the "Parties"), after participating in a Settlement Conference with The Honorable G. Michael Harvey on January 30, 2018, move for Court approval of the settlement reached by the Parties at the Settlement Conference in the above captioned matter. In support of this motion, the Parties have submitted their Settlement Agreement to The Honorable G. Michael Harvey for *in camera* review.

The Parties waive oral argument.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By:     /s/ *Eduardo S. Garcia*
Eduardo S. Garcia (1028040)
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020 (phone)
(301) 354-8326 (facsimile)
egarcia@steinsperling.com

*Attorneys for Plaintiffs*

-and-

CLIFFORD & GARDE, LLP

By:    /s/ *John M. Clifford*
John M. Clifford (191866)
1850 M Street, NW, Suite 1060
Washington, DC 20036
Tel: 202-280-6115
Fax: 202-289-8992
jclifford@cliffordgarde.com

*Attorneys for Defendants*

(signed by Eduardo S. Garcia with permission of John M. Clifford)

2