IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO GENARO VAIL LOPEZ, et al., :
:
      Plaintiffs,               :      Civil Action No. 1:14-cv-01040 (GMH)
:
v.                                 :
:
TIMECO, INC.                 :
D/B/A BARGAIN WHOLESALE, et al.,   :
:
      Defendants.            :

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the Parties, it is hereby ORDERED,

    1. That the Joint Motion for Approval of Settlement Agreement is GRANTED; and

    2. That the Court approves the Parties' proposed Settlement Agreement as representing a *bona fide* compromise of Plaintiff's FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements; and

    3. That the above-captioned case is DISMISSED with prejudice.

SO ORDERED


DATED: _____        _____
                                                              THE HONORABLE G. MICHAEL HARVEY
                                                              UNITED STATES MAGISTRATE JUDGE

SEEN AND AGREED:

By Counsel

          STEIN SPERLING BENNETT
          DE JONG DRISCOLL PC

By:    /s/ *Eduardo S. Garcia*
       Eduardo S. Garcia (1028040)
       25 West Middle Lane
       Rockville, Maryland 20850
       (301) 340-2020 (phone)
       (301) 354-8326 (facsimile)
       egarcia@steinsperling.com

*Attorneys for Plaintiffs*

-and-

CLIFFORD & GARDE, LLP

By:    /s/ *John M. Clifford*
       John M. Clifford (191866)
       1850 M Street, NW, Suite 1060
       Washington, DC 20036
       Tel: 202-280-6115
       Fax: 202-289-8992
       jclifford@cliffordgarde.com

*Attorneys for Defendants*

(signed by Eduardo S. Garcia with permission of John M. Clifford)