IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERTO GENARO VAIL LOPEZ, *et al.*, :
:
    Plaintiffs,     :      Civil Action No. 1:14-cv-01040 (GMH)
:
v. :
:
TIMECO, INC. :
D/B/A BARGAIN WHOLESALE, *et al.*, :
:
    Defendants.     :

### ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement filed by the Parties, it is hereby ORDERED,

1. That the Joint Motion for Approval of Settlement Agreement is GRANTED; and

2. That the Court approves the Parties' proposed Settlement Agreement as representing a *bona fide* compromise of Plaintiff's FLSA claims that is fair and reasonable in light of the FLSA's statutory requirements; and

3. That the above-captioned case is DISMISSED with prejudice.

SO ORDERED

DATED: _____      _____
                                                                                  THE HONORABLE G. MICHAEL HARVEY
                                                                                  UNITED STATES MAGISTRATE JUDGE